## BOB BROWN v. STATE.

### No. A-2401.　Opinion Filed November 6, 1915.

#### (151 Pac. 1018.)

Where it does not appear in the case-made that the notices of appeal required by the statute to be served upon the clerk of the trial court and upon the county attorney, and no answer or response is made to a motion to dismiss on said ground, the motion to dismiss the appeal will be sustained.

*Appeal from District Court, Cherokee County;*
*John H. Pitchford, Judge.*

Bob Brown, convicted of hog theft, appeals.　Appeal dismissed.

*J. D. Cox,* for plaintiff in error.

*S. P. Freeling,* Atty. Gen., *R. McMillan,* Asst. Atty. Gen., and *Henry M. Vance,* Co. Atty. Cherokee Co., for the State.

PER CURIAM.　The plaintiff in error was convicted in the District Court of Cherokee county on a charge of stealing two sows, the property of William Smith.　On the 22nd day of December, 1914, judgment was rendered and he was sentenced in accordance with the verdict of the jury to imprisonment in the penitentiary for the term of one year and one day.　From the judgment an appeal was attempted to be taken by filing in this court on February 13, 1915, a petition in error with case-made. The state has filed a motion to dismiss the appeal filed herein for the following reasons:

"Because the case-made filed in said cause by plaintiff in error shows that no notice of appeal was ever served upon the county attorney and neither was a notice of appeal served upon the clerk of the District Court of Cherokee county wherein this cause was tried."

It appears from the record that no answer or response to this motion has ever been made or filed. An examination of the record discloses that the motion to dismiss is well taken.

The appeal herein is therefore dismissed and the cause remanded to the trial court with direction to cause its judgment herein to be carried into execution.